BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

BY: **THOMAS C. STERLING**

*Attorneys for Petitioner*

NOV 1 8 2005

Clerk
District Court
For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PETITION FOR ORDER CLASSIFYING MRS. FOO MEE CHUN CLINARD AS A "PROFESSIONALLY QUALIFIED" INTERPRETER IN THE CHINESE LANGUAGE (CANTONESE, HAKKA AND MANDARIN),<br><br>                    Petitioner. | MISCELLANEOUS CASE NO.<br><br>**05-00144** |

## PETITION

Petitioner, **MRS. FOO MEE CHUN CLINARD** petitions this Court for an Order Classifying her as a "Professionally Qualified" Interpreter in the Chinese language (Cantonese, Hakka and Mandarin) and states as follows:

1. The Petitioner has already herefore been qualified as a "language skilled interpreter" in District Court of Guam Miscellaneous Case No. 92-0033. A copy of the Federal Court Interpreter Information Sheet from the Administrative Office

BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

of the United States Court is attached hereto as Exhibit "A". As can be seen, there are three classes or categories of interpreters: (1) Certified Interpreters; (2) Professionally Qualified Interpreters; and Language-Skilled Interpreters. Petitioner believes that she is entitled to be designated as a "Professionally Qualified" Interpreter because of her experience all as set forth in the Resume of Foo Mee Chun "Mimi" Clinard, a copy of which is attached hereto marked as Exhibit "B" and incorporated herein by this reference. The specific language Petitioner relies on is as follows:

> "Professionally Qualified" Interpreters. There are two ways in which one can be designated as "professionally qualified". An individual with previous employment as a conference or seminar interpreter with any United States agency or with the United Nations or a similar entity may be deemed "professionally qualified" if the condition for employment includes successfully passing an interpreter examination. . ."

2. Petitioner is informed and believes and upon such information and belief alleges that Berlitz Global Net entered into a nationwide contract with the United States Department of Justice, Executive Office for Immigration Review, Office of the Chief Immigration Judge. In order to qualify as a subcontractor for Berlitz, Petitioner was required to meet the following requirements: (1) Be a U.S.

- 2 -

BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

Citizen or Permanent Resident; (2) Complete a Statement of Eligibility Form; (3) Pass the language evaluation with a test score of 70% or higher; (4) Attend and complete a Pre-Assignment Viewing; and (5) Complete the phone-based Interpreter Briefing. Petitioner successfully met all of the qualifications set forth above, specifically, including passing the language evaluation that was conducted by Berlitz Global Net.

3. The current fees for "Professionally Qualified" interpreters are greater than the fees for "Language-Skilled" interpreters. See Exhibit "C" attached hereto and incorporated herein.

4. Petitioner is informed and believes that the nationwide Berlitz contract has been taken over by Bowne Global Solutions Interpretation Services approximately two years ago. A copy of Petitioner's Interpreter Identification Badge for Bowne Global is attached hereto as Exhibit "D" and incorporated herein. Petitioner continues to serve as an interpreter for the Office of Chief Immigration Judge.

5. Petitioner is certain that she has met the requirements to be designated as a "Professionally Qualified" Interpreter.

- 3 -

BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

6. The last paragraph of the Administrative Office of the United States Federal Court Interpreter Program, Federal Court Interpreter Information Sheet (Exhibit "A") states as follows:

> For other languages, individuals may contact local federal courts to determine if that Court has the need for the language of expertise. To be considered as a "professionally qualified" interpreter, an individual must submit a resume to the Court, detailing education, training, experience, current telephone number and mailing address and when applicable, membership, accreditations as described above. The local federal court will determine on a case-by-case basis whether the prospective interpreter is either "professionally qualified" or "language-skilled".

**WHEREFORE**, Petitioner, respectfully requests the above-referenced Court for an order classifying her as a "professionally qualified" interpreter in the Chinese languages of Cantonese, Hakka and Mandarin.

**RESPECTFULLY SUBMITTED** this 11th day of November, 2005.

_____
FOO MEE CCHUN "MIMI" CLINARD

**SUBMITTED BY:**

**BLAIR STERLING JOHNSON**
  **MOODY MARTINEZ & LEON GUERRERO**
A PROFESSIONAL CORPORATION

BY: _____
  THOMAS C. STERLING (CNMI BAR NO. F0127)
  *Attorneys for Petitioner*

C62\09902-01\\G:\WORD97\OFFICE\WORDDOC\PLD\JBK\094-PETITION RE CLINARD (CNMI).DOC

- 4 -

BLAIR STERLING JOHNSON
MOODY MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
FEDERAL COURT INTERPRETER PROGRAM

*FEDERAL COURT INTERPRETER INFORMATION SHEET*

The Court Interpreters Act, 28 U.S.C. §1827, requires the Director of the Administrative Office of the United States Courts to prescribe, determine, and certify the qualifications of persons who serve as certified interpreters in federal courts when the Director considers such certification to be merited for either persons who are hearing impaired (whether or not they also are speech impaired) or persons who speak only or primarily a language other than English. The use of competent federal court interpreters in proceedings involving speakers of languages other than English is critical to ensure that justice is carried out fairly for defendants and other stakeholders.

The professional knowledge, skills, and abilities required of a federal court interpreter are highly complex. The interpreter must be not only highly proficient in both English and the foreign language but also impartial. Most important, an interpreter must be able to accurately and idiomatically render the message from the source language into the receptor language without any additions, omissions or other misleading factors that in any way alter the intended meaning of the message from the source language speaker. Communication in courtroom proceedings may be more complex than that in other settings or in everyday life. For example, the parties involved may use specialized and legal terminology, formal and informal registers, dialect and jargon, varieties in language and nuances of meaning. The interpreter must be equally adept at simultaneous interpretation, which is the most frequent form of interpretation used in the courtroom, and in consecutive interpretation and sight translation. The interpreter must possess excellent public speaking skills, including appropriate delivery and poise, and exude the highest professional standards for courtroom demeanor and professional conduct. The constant interplay of all these factors in the courtroom makes the interpreter's task exceptionally difficult.

The single greatest operational requirement in the federal courts is for Spanish-language interpreters. However, there is also a need for interpreters in other languages, including Chinese (Mandarin, Cantonese, and Foochow), Vietnamese, Korean, Russian, and Arabic. The need for specific language interpreters is determined by the local district courts and not by the Administrative Office. However, in accordance with the Court Interpreters Act, the Administrative Office prescribes the standards and guidelines for selecting and using interpreters in federal court proceedings.

The Administrative Office classifies three categories of interpreters:

- **Certified interpreters.** Certified interpreters have passed the Administrative Office certification examination. To date, certification programs have been developed for Spanish, Navajo and Haitian-Creole. In these languages, the courts will only select from available interpreters those who have met the Administrative Office's criteria for certification. The Administrative Office's certification examination is administered in two phases and includes written and oral tests that, among other things, measure a candidate's ability to accurately perform simultaneous as well as consecutive interpretation and sight translations as encountered in the federal courts.

In languages other than Spanish, Navajo and Haitian-Creole, interpreters are designated as "professionally qualified" or "language skilled."

- **"Professionally qualified" interpreters.** There are two ways in which one can be designated as "professionally qualified." An individual with previous employment as a conference or seminar interpreter with any United States agency or with the United Nations or a similar entity may be deemed "professionally qualified" if the condition for employment includes successfully passing an interpreter examination. Another way to be deemed "professionally qualified" is to be a member in good standing in a professional interpreter association that requires a minimum of 50 hours of

EXHIBIT "A"

conference interpreting experience in the language(s) of expertise *and* the sponsorship of three active members of the same association who have been members for at least two years and whose language(s) are the same as the applicant's, and who will attest to having witnessed the applicant's performance and to the accuracy of the statements on the application. Individuals who can demonstrate to the local court that they are eligible in either of these two ways can be classified as "professionally qualified."

- ***Language-skilled interpreters.*** Interpreters who are not certified (Spanish, Navajo, or Haitian-Creole) or considered "professionally qualified," as described above, but who can demonstrate to the satisfaction of the court their ability to effectively interpret from the foreign language into English and vice versa in court proceedings, can be classified as "language skilled" interpreters.

Certified and "professionally qualified" interpreters are paid at a higher rate than "language-skilled" interpreters.

Individuals who are interested in becoming federal court interpreters in Spanish, Navajo or Haitian-Creole must successfully pass the federal court interpreter test battery. For other languages, individuals may contact local federal courts to determine if that court has a need for the language of expertise. To be considered as a "professionally qualified" interpreter, an individual must submit a resume to the court, detailing education, training experience, current telephone number and mailing address, and when applicable, membership accreditations as described above. The local federal court will determine on a case-by-case basis whether the prospective interpreter is either "professionally qualified" or "language skilled."

Return to Federal Court Interpreter Program Home Page

# RESUME
## OF

### FOO MEE CHUN "MIMI" CLINARD

**MAILING ADDRESS:**         P.O. BOX 6263
                             Tamuning
                             Guam 96931

**CONTACT INFORMATION:**

Telephone:      (671) 649-0221
Facsimile:      (671) 649-2565
Cell:           (671) 788-8053
Pager:          (671) 721-4252

**PERSONAL DATA:**

Born:              July 3, 1955 in Malaysia
Marital Status:    Widow
Citizenship:       U.S.A. – Naturalized 1990, Guam
Languages fluent in: Hakka, Mandarin & Cantonese
Fairly well:       Melayu and Indonesia

**EDUCATIONAL BACKGROUND:**

2003:        Bachelor of Science in Criminal Justice, University of Guam
             Completed 18 credit hours of graduate studies, University of Guam

2002:        Certificate as a Paralegal, University of Guam

1995:        Guam Community College

1992-1996:   North American Correspondence School
             Diploma in Legal Secretary

1976-1986:   University of Malaya
             Pre-School Teaching Curriculum

**WORK EXPERIENCE AS AN INTERPRETER:**

From approximately 1988 to the present was On Call Interpreter for the following:

* District Court of Guam
* United States District Court for the Northern Mariana Islands
* Pre-Trial and Probation Office
* U.S. Marshal
* U.S. Fisheries

**EXHIBIT "B"**

RESUME OF *FOO MEE
CHUN "MIMI" CLINARD*
PAGE 2

  \* U.S. Department of Labor
  \* Superior Court of Guam
  \* Immigration and Custom Enforcement
  \* U.S. Drug Enforcement Agency

1992:

Was classified as Language-Skilled Interpreter by the District Court of Guam in Miscellaneous Case No. 92-0033

1994:

Was a Conference Interpreter for the 11th Pacific Judicial Conference
Interpreted for Justices and Judges from the Republic of China

Approximately 1995:

Berlitz Global Net entered into a nationwide contract for the U.S. Department of Justice, Executive Office for Immigration Review, Office of The Chief Immigration Judge. I, personally, and sometimes my Interpretion business, known as CHITCO, then qualified as a sub-contractor to provide language interpreters for the Immigration Court on Guam. In order to qualify as a sub-contractor, I was required to meet the following requirements:

  \* Be a U.S. Citizen or a Permanent Resident (Green Card)
  \* Complete a Statement of Eligibility Form
  \* Pass the language evaluation with a test score of 70% or higher
  \* Attend and complete a Pre-Assignment Viewing
  \* Complete the phone-based Interpreter Briefing

I did successfully meet all requirements. I am informed and believe that the Nationwide Berlitz contract has been taken over by Bowne Global Solutions Interpretation Services approximately two years ago.

**MEMBERSHIP IN GOOD STANDING OF**:

  \*  National Association of Judiciary Interpreters and Translators #6192
  \*  American Translation Association #218953

**The Administrative Office of the United States Courts
Current Fees for Contract Interpreters
(For all work performed on or after April 1, 2003)**

**Certified and Professionally Qualified Interpreters:**

Full Day: $329
Half Day: $178
Overtime: $49 per hour or part thereof

**Language Skilled (Non-Certified) Interpreters:**

Full Day: $156
Half Day: $86
Overtime: $27 per hour or part thereof

Return to Federal Court Interpreter Home Page



**EXHIBIT "D"**