FILED
Clerk
District Court

NOV 1 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| In re ) | Miscellaneous No. 05-00144 |
| ) | |
| Petition for an Order ) | ORDER GRANTING |
| Classifying Mrs. Foo Mee Chun ) | PETITION OF MRS. |
| Clinard as a "Professionally Qualified" ) | FOO MEE CHUN CLINARD |
| Interpreter in the Chinese Language ) | TO BE CLASSIFIED AS A |
| (Cantonese, Hakka, and Mandarin) ) | PROFESSIONALLY QUALIFIED |
| ) | INTERPRETER IN THE CHINESE |
| ) | LANGUAGE |
| _____ ) | |

THE COURT, having reviewed the Petition of Mrs. Foo Mee Chun Clinard, and being personally familiar with her skills as an interpreter, and good cause appearing to grant the Petition, NOW, THEREFORE,

AO 72
(Rev. 8/82)

IT IS ORDERED that the Petition be and hereby is GRANTED and the court declares Mrs. Foo Mee Chun Clinard, also known as Mimi Clinard, to be a professionally qualified interpreter in the Chinese language.

DATED this 18th day of November, 2005.

                                        _____
                                            ALEX R. MUNSON
                                                    Judge

AO 72
(Rev. 8/82)